THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KEHOE, Alias JOSEPH KENNEY, Appellant.— On appeal from a judgment of the County Court of Kings county convicting defendant of the crime of receiving stolen property (Penal Law, § 1308), judgment reversed on the law and a new trial ordered. Although there was ample evidence to sustain the conviction, the trial judge erred in a substantial way prejudicial to the appellant, (1) in excluding testimony by Officer McCaffrey as to appellant's declarations at the time of the arrest and while defendant was in possession of the alleged stolen goods; such declarations were admissible as part of the res gestæ (Wharton's Criminal Evidence [11th ed.], § 493); (2) in his charge on the subject of the appellant's failure to call as a witness his alleged accomplice, Manning (People v. Kearns, 214 App. Div. 804. See People v. Ferguson, 245 id. 837; People v. Kilroe, 201 id. 549, 555); (3) in his charge on the subject of the weight to be given to the testimony of defendant as an interested witness (People v. Viscio, 241 App. Div. 499, 502; People v. Gerdvine, 210 N. Y. 184. See People v. Cohen, 223 id. 406, 422). Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LORRICCHIO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of violation of section 483 of the Penal Law (impairing the morals of a minor), and orders, unanimously affirmed. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED MAY, Appellant. — Judgment of the County Court of Kings county, dated October 8, 1936, convicting appellant of the crime of grand larceny in the second degree and sentencing him as a second offender unanimously affirmed. No opinion. Appeal from judgment of conviction entered March 13, 1936, dismissed. There is no such judgment. Appeal from the sentence dismissed. No appeal lies therefrom. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.